UNITED STATES DISTRICT COURT
DISTRICT COURT OF PUERTO RICO

**EDWIN GUTIERREZ,**
    Plaintiff

CIVIL NO. 04-1193(DRD)

v.

**JOHN E. POTTER,**
    Defendant

**J U D G M E N T**

    Upon the parties' announcement and request at the settlement conference held this afternoon, and having no objection to the Court issuing judgment and closing the case as settled, **DISMISSES** all claims **WITH PREJUDICE**. Amended Judgment shall be issued once final settlement documents are filed with the Court.

THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

Date: **July 29, 2005.**